SCWC-15-0000734

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

BANK OF HAWAII, Respondent/Plaintiff-Appellee,

vs.

RICHARD ANTHONY MARQUES; LAURA MARIE MARQUES,
Petitioners/Defendants-Appellants,
and
JIM HOGG; PALEHUA COMMUNITY ASSOCIATION; DIRECTOR OF BUDGET AND
FISCAL SERVICES, CITY AND COUNTY OF HONOLULU; MAKAKILO RIDGE
COMMUNITY ASSOCIATION, Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000734 & CAAP-16-0000827; CIV. NO. 11-1-1345)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ.,
and Circuit Judge Chang, in place of Recktenwald, C.J., recused)

Petitioners/Defendants-Appellants Richard Anthony
Marques and Laura Marie Marques' application for writ of
certiorari filed on July 12, 2019, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 9, 2019.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Gary W.B. Chang

